# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Jerry Anders, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:25-cv-00451-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Navarr Enterprises, Inc. | ) | |
| Stability AI US Services Corporation, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2026 Order.

March 23, 2026

Katherine Hord Simon, Clerk
United States District Court